Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Ryan Adair Shannon* (OR Bar No. 155537)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Phone: (503) 283-5474 ext. 407
Fax: (503) 283-5528
rshannon@biologicaldiversity.org

*Seeking pro hac vice admission

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, U.S. Secretary of the Interior, AURELIA SKIPWITH, Director, U.S. Fish and Wildlife Service, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No: 4:20-cv-03037<br><br>**DECLARATION OF JENNIFER LODA** |

DECLARATION OF JENNIFER LODA - 1 -

I, JENNIFER L. LODA, declare as follows:

1. I was unable to obtain a stipulation under Civil L.R. 7-12 regarding Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related because this matter was recently initiated, and Defendants' counsel has yet to make an appearance in this case. Plaintiffs do not and will not object to Defendants' counsel filing an opposition to Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related within four days, or any other appropriate time period as determined by this Court, of their appearance in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of May, 2020, in Oakland, California,

/s/ Jennifer L. Loda
Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

DECLARATION OF JENNIFER LODA - 2 -