UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and ENVIRONMENTAL PROTECTION INFORMATION CENTER<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, U.S. Secretary of the Interior, AURELIA SKIPWITH, Director, U.S. Fish and Wildlife Service, and U.S. FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No: 4:20-cv-03037<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES** |

Before the Court is Plaintiffs Center for Biological Diversity and Environmental Protection Information Center's Administrative Motion to Relate this Case to *Center for Biological Diversity v. U.S. Fish and Wildlife Service*, Case No. 4:15-cv-05754-JST (N.D. Cal.).

Pursuant to Civil Local Rule 3-12, I find the cases to be related and for that reason the motion is GRANTED.

IT IS SO ORDERED.

Dated: _____

United States District Judge