# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

## CERTIFICATE OF GOOD STANDING

I, Mary L. Moran, Clerk of the United States District Court for the District of Oregon,

DO HEREBY CERTIFY

## *RYAN A. SHANNON*

was duly admitted to practice in this Court and is in good standing as a member of the bar.

Dated at Portland, Oregon on April 13, 2020.　　　　　　　MARY L. MORAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　　　　　Eric Oss
　　　　　　　　　　　　　　　　　　　　　　　Attorney Admissions Clerk