Jennifer L. Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7136
Fax: (510) 844-7150
jloda@biologicaldiversity.org

Ryan Adair Shannon* (OR Bar No. 155537)
*Pro Hac Vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Phone: (503) 283-5474 ext. 407
Fax: (503) 283-5528
rshannon@biologicaldiversity.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, ET AL., <br><br> Defendants. | Case No: 4:20-cv-03037-KAW <br><br> **NOTICE OF APPEARANCE** |

Plaintiffs hereby give notice that Ryan Adair Shannon is appearing in the above captioned case. Mr. Shannon's relevant address, telephone number, and email are as follows:

NOTICE OF APPEARANCE- 1 -

Ryan Adair Shannon (OR Bar No. 155537)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
Phone: (503) 283-5474 ext. 407
Fax: (503) 283-5528
rshannon@biologicaldiversity.org

Dated this 5th day of May, 2020                    Respectfully submitted,

/s/ *Ryan Adair Shannon*
Ryan Adair Shannon
*Pro Hac Vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(503) 283-5474 ext. 407
rshannon@biologicaldiversity.org

*Attorney for Plaintiffs*

NOTICE OF APPEARANCE- 2 -